## S93C1495. PAINO v. THE STATE.
(435 SE2d 24)

PER CURIAM.

Michael J. Paino has petitioned this court to appoint counsel to represent him in the filing of a petition for certiorari. There is no constitutional right to representation of counsel on certiorari. The constitutional right extends only through the prosecution of a direct appeal. Therefore, Paino's motion is denied.

*All the Justices concur.*

DECIDED SEPTEMBER 10, 1993.

Michael J. Paino, *pro se.*
Johnnie L. Caldwell, Jr., District Attorney, *for appellee.*